**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2313**

---

MELSOME NELSON-RICHARDS, Ph.D.,

Plaintiff - Appellant,

versus

THE BOARD OF TRUSTEES OF MONTGOMERY COMMUNITY
COLLEGE; ROBERT E. PARILLA, Dr.,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-93-323-WN)

---

Submitted:  February 13, 1997      Decided:  February 25, 1997

---

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Melsome Nelson-Richards, Appellant Pro Se.  Linda B. Thall, Senior
Assistant County Attorney, Sharon Veronica Burrell, COUNTY ATTOR-
NEY'S OFFICE, Rockville, Maryland; Darrell Robert VanDeusen,
KOLLMAN & SHEEHAN, Baltimore, Maryland; Joan I. Gordon, General
Counsel, MONTGOMERY COLLEGE, Rockville, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to Defendants in Appellant's employment discrimination suit. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Nelson-Richards v. Board of Trustees of Montgomery Community College</u>, No. CA-93-323-WN (D. Md. July 25 & Sept. 9, 1994; July 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>